William C. Neasham, CSB # 72078
Patricia Kramer, CSB # 155484
NEASHAM & KRAMER LLP
Attorneys at Law
11201 Gold Express Drive, Suite 202
Gold River, CA  95670
Tel: (916) 853-8030, Fax: (916) 853-8039

Attorneys for Plaintiff TIMOTHY THALKEN

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY THALKEN<br><br>　　　　　Plaintiff,<br>　v.<br><br>CITY OF LODI<br><br>　　　　　Defendants. | CASE NO.:  CIV S-05-0514 LKK KJM<br><br>**STIPULATION RE TERMS OF SETTLEMENT AND DISMISSAL OF ACTION** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff TIMOTHY THALKEN by and through his counsel, Patricia Kramer of the law offices of Neasham & Kramer LLP, and Defendant CITY OF LODI, by and through its City attorney Stephen Schwabauer or Richard C. Bolanos of the law firm of Liebert Cassidy Whitmore that the parties have settled all substantive matters in the lawsuit pertaining to equitable relief, damages and litigation costs.  The executed agreement of the parties is set forth in the Settlement Agreement attached hereto as Exhibit "A."

///

///

IT IS FURTHER STIPULATED by and between the parties to this action that Defendant CITY OF LODI shall be dismissed without prejudice pursuant to FRCP 41(a)(1).

SO STIPULATED:

Dated: May___, 2005

NEASHAM & KRAMER LLP

By *s/ signature on original*
   Patricia Kramer
   Attorney for Plaintiff, TIMOTHY THALKEN

Dated:  May ___, 2005


By *s/ signature on original*
   Stephen Schwabauer, or
   Richard C. Bolanos
   Attorneys for Defendant CITY OF LODI

                                SO ORDERED.

Date:  May 17, 2005

                                /s/Lawrence K. Karlton
                                U.S. District Judge, Eastern District of California

2

STIPULATION RE TERMS OF SETTLEMENT AND FOR DISMISSAL